**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| SULLIVAN'S ADMINISTRATIVE | ) | |
| MANAGERS II, LLC, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **CIVIL ACTION FILE NO.** |
| | ) | |
| GUARANTEE INSURANCE COMPANY, | ) | **4:12-CV-00212-LGW-GRS** |
| et al. | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## NOTICE OF INTENT TO FILE REPLY BRIEFS

Defendant Guarantee Insurance Company hereby gives notice of its intent to file a reply brief to *Plaintiff's Response to Defendant's Motion for Leave to File Supplemental Answer and to Modify the Motions Deadline* [Doc. 116] (and in support of its *Motion for Leave to File Supplemental Answer and to Modify the Motions Deadline* [Doc. 110]) and a reply brief to *Plaintiff's Response to Defendant's Motion for Summary Judgment Based on Res Judicata and Collateral Estoppel* [Doc. 117] (and in support of *Guarantee Insurance Company's Motion for Summary Judgment Based on Res Judicata and Collateral Estoppel* [Doc. 111]).

Respectfully submitted,

s/John V. Burch, GA Bar No. 094900
BOVIS, KYLE, BURCH & MEDLIN, LLC
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338
Tel. 770.391.9100; Fax. 770.668.0878

Mary Morris, FL Bar No. 55573
MORRIS & MORRIS, P.A.
777 South Flagler Drive
Suite 800- West Tower
West Palm Beach, Florida 33401
Tel. 561.838.9811; Fax. 561.828.9351
(adm. *pro hac vice*)

## CERTIFICATE OF SERVICE

I certify that on February 19, 2014, the foregoing was electronically filed with the Clerk of the Court by using CM/ECF. I also certify that the foregoing is being served this day on the following attorney, via transmission of Notices of Electronic Filing generated by CM/ECF: Brent J. Savage.

/s John V. Burch