# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

FILED
Scott L. Poff, Clerk
United States District Court

By casbell at 8:25 am, May 26, 2017

SULLIVAN'S ADMINISTRATIVE
MANAGERS II, LLC,

    Plaintiff,

    vs.

GUARANTEE INSURANCE COMPANY,

    Defendant.

No. 4:12-CV-212

### ORDER

Pursuant to this Court's previous order, dkt. no. 146, Defendant Guarantee Insurance Co.'s Motion for Entry of Judgment, dkt. no. 147, is **GRANTED**. Final judgment is **ENTERED** against Plaintiff Sullivan's Administrative Managers II, LLC, in the amount of **$1,376,537.35, plus interest.** See Dkt. No. 111-17. The Clerk is **DIRECTED** to return the record, as hereby supplemented, to the U.S. Court of Appeals for the Eleventh Circuit. See Dkt. No. 152 at 2.

AO 72A
(Rev. 8/82)

**SO ORDERED,** this 26th day of May, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA